# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LADERAL A.C. HATHMAN, | : | Case No. 2:24-cv-3210 |
| Plaintiff, | | |
| - vs - | | District Judge Sarah D. Morrison<br>Magistrate Judge Michael R. Merz |
| THE HONORABLE MICHAEL HOLBROOK, JUDGE, FRANKLIN COUNTY COURT OF COMMON PLEAS, et al, | | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 8) to whom this case was referred pursuant to 28 U.S.C. § 636(b); there were no objections filed thereto, and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Accordingly, the Court hereby **ADOPTS** said Report and Recommendations. It is hereby **ORDERED** that Plaintiff's Complaint be **DISMISSED** without prejudice for failure to state a claim upon which relief can be granted and because this action is barred by *Younger v. Harris*, 401 U.S. 37 (1971).

Pursuant to Fed.R.Civ.P. 58, the Clerk shall enter judgment to this effect.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**